# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | CHAPTER 13 |
|---|---|---|
| | : | |
| KEVIN F. KANE, | : | CASE NO. 18-14306-JFK |
| | : | |
| Debtor. | : | |
| | : | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned Chapter 13 case as counsel for Damian Lavelle and Krista Lavelle (the "Lavelles"), and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and hereby requests that all notices given or required to be given and all papers served or required to be served in this Chapter 13 case be delivered and served upon the Lavelles at the address of their counsel as set forth below:

> Scott P. Shectman, Esquire
> KLEHR | HARRISON | HARVEY | BRANZBURG LLP
> 1835 Market Street, Suite 1400
> Philadelphia, PA  19103
> Phone: (215) 569-2700
> Fax: (215) 568-6603
> Email: sshectman@klehr.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes all notices and pleadings referred to in the above-mentioned Federal Rules of Bankruptcy Procedure, together with all orders and notices of applications, motions, petitions, pleadings, complaints or other documents which in any way affect the debtor or her property.  The foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also

PHIL1 7236724v.1

includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, or otherwise filed or made with regard to the above-referenced case and all proceedings therein

                                          KLEHR HARRISON HARVEY
                                        BRANZBURG LLP

Dated: September 6, 2018            By: /s/ Scott P. Shectman
                                        Scott P. Shectman, Esquire
                                        1835 Market Street, Suite 1400
                                        Philadelphia, PA 19103
                                        Tel: (215) 569-2700
                                        *Attorneys for Damian Lavelle and Krista Lavelle*