William J. Maffucci, Esq. (Pa. Att'y 44652)
SEMANOFF ORMSBY GREENBERG TORCHIA, LLC
2617 Huntingdon Pike
Huntingdon Valley, Pennsylvania  19006
267-620-1901
wmaffucci@sogtlaw.com

Attorney for Mitchell Chartnock

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>**KEVIN F. KANE,**<br><br>Debtor | Bankr. Case 18-14306-jkf<br><br>Chapter 13 |

### NOTICE OF APPEARANCE OF WILLIAM J. MAFFUCCI, WITH DEMAND FOR SERVICE OF PAPERS, ON BEHALF OF MITCHELL CHARTNOCK

PLEASE TAKE NOTICE that the undersigned (i) appears for a party-in-interest and creditor herein, **Mitchell Chartnock**, and (ii) demands, pursuant to Bankruptcy Rule 2002, that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned, addressed as follows:

William J. Maffucci, Esq.
Semanoff Ormsby Greenberg & Torchia, LLC
2617 Huntingdon Pike
Huntingdon Valley, Pennsylvania  19006
wmaffucci@sogtlaw.com
Tel. 267-620-1901

PLEASE TAKE FURTHER NOTICE that the foregoing demand not only includes notices and papers referred to in Bankruptcy Rule 2002 but also includes, without

{01501759;v1 }

limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, next-day delivery service, hand delivery, other courier service, telephone, telecopier, e-mail, telegraph, telex, or otherwise, that affect the above-captioned debtors or their property.

                Respectfully submitted,

                */s/ William J. Maffucci*
                William J. Maffucci (Pa. Att'y 44652)
                2617 Huntingdon Pike
                Huntingdon Valley, Pennsylvania  19006
                wmaffucci@sogtlaw.com
                267-620-1901

                Attorney for
                Mitchell Chartnock

October 10, 2018

### CERTIFICATE OF SERVICE

      I certify that on October 10, 2018, I have caused this document to be forwarded by ECF Notification on all parties receiving such notification.

                */s/ William J. Maffucci*
                Attorney for Mitchell Chartnock

{01501759;v1 }