UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

KEVIN F  KANE

                                                : Bankruptcy No. 18-14306JKF
     Debtor(s)                         : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

*Jean K. FitzSimon* (signature)

Jean K. FitzSimon, B. J.

**Date: December 12, 2018**

Interested parties:

Polly A. Langdon, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

LURENT W METZLER ESQ
74 EAST SECOND STREET
MOORESTOWN NJ 08057-

KEVIN F  KANE
144 WARRIOR ROAD
DREXEL HILL,PA.19026