United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 18-14306-jkf
Kevin F. Kane                                                   Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Antoinett          Page 1 of 2               Date Rcvd: Dec 12, 2018
                              Form ID: pdf900          Total Noticed: 20
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2018.
```
db              +Kevin F. Kane,    144 Warrior Road,    Drexel Hill, PA 19026-4921
cr              +Mitchell Chartnock,    c/o William J. Maffucci,    2617 Huntingdon Pike,
                  Huntingdon Valley, PA 19006-5109
14191649        +CamaPlan FBO Mitchell Chartock IRA,    c/o: William J. Maffucci, Esquire,
                  Semanoff Ormsby Greenberg & Torchia, LLC,     2617 Huntingdon Pike,
                  Huntingdon Valley, PA 19006-5109
14193013        +Damian Lavelle,    Krista Lavelle,    c/o Scott P. Shectman, Esquire,
                  1835 Market Street, Suite 1400,    Phila., PA 19103-2945
14130206         Damian Lavelle,    c/o hristopher Tretta, Esq.,     Two Penn Center Plaza,    Suite 610,
                  Philadelphia, PA 19102
14130205        +Damian Lavelle,    c/o Christopher Tretta, Esq.,     Cipriani & Werner,
                  450 Sentry Parkway, Suite 200,    Blue Bell, PA 19422-2319
14191651        +Damian Lavelle and Krista Lavelle,    1345 Industrial Boulevard,    Southampton, PA 18966-4012
14239481        +Laurel Road Bank,    c/o DEMETRIOS TSAROUHIS,    21 S. 9th Street,    Suite 200,
                  Allentown, PA 18102-4861
14130207        +Michael Chartock,    c/o William J. Maffucci, Esquire,
                  Semanoff Ormsby Greenberg & Torchia, LLC,     2617 Huntingdon Pike,
                  Huntingdon Valley, PA 19006-5109
14211226        +Mitchell Chartnock,    c/o William J. Maffucci, Esq.,    2617 Huntingdon Pike,
                  Huntingdon Valley PA 19006-5109
14191639        +Mitchell Chartock,    936 Warfield Lane,    Huntingdon Valley, PA 19006-3323
14130208        +PHFA Mortgage,    c/o KML Law Group,    701 Market Street,    Suite #5000,
                  Philadelphia, PA 19106-1541
14130209        +Robert Cahill,    212 W. Moreland Rd,    Hatboro, PA 19040-1819
14244484         U.S. Department of Education,     P O Box 16448,    Saint Paul, MN 55116-0448
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Dec 13 2018 03:01:37     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 13 2018 03:01:05
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 13 2018 03:01:36     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14186363         E-mail/PDF: resurgentbknotifications@resurgent.com Dec 13 2018 03:06:14     CACH, LLC,
                  c/o Resurgent Capital Services,    PO BOX 10675,    Greenville, SC 29603-0675
14179874         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 13 2018 03:06:23
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14201059        +E-mail/Text: blegal@phfa.org Dec 13 2018 03:01:25     Pennsylvania Housing Finance Agency,
                  211 North Front Street,    Harrisburg, PA 17101-1406
                                                                                              TOTAL: 6
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14130210         Sheldon Schwartz,    5 Abernathy Road,    MA 02400
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2           User: Antoinett            Page 2 of 2                   Date Rcvd: Dec 12, 2018
                               Form ID: pdf900            Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2018 at the address(es) listed below:
          DEMETRIOS  TSAROUHIS    on behalf of Creditor    Laurel Road Bank tsarouhis@hotmail.com,
           noticemebankruptcyfilings@gmail.com
          KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
           bkgroup@kmllawgroup.com
          LEON P. HALLER    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com,
           dmaurer@pkh.com;mgutshall@pkh.com
          LURENT W METZLER    on behalf of Debtor Kevin F. Kane lwm@metzlerdesantis.com,
           r54078@notify.bestcase.com
          SCOTT P. SHECTMAN    on behalf of Creditor Krista  Lavelle sshectman@klehr.com,
           swenitsky@klehr.com
          SCOTT P. SHECTMAN    on behalf of Creditor Damian  Lavelle sshectman@klehr.com,
           swenitsky@klehr.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R    ecfmail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
          WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
           ECF_FRPA@Trustee13.com
          WILLIAM J. MAFFUCCI    on behalf of Creditor Mitchell  Chartnock wmaffucci@sogtlaw.com
                                                                                                          TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :

KEVIN F   KANE

                                          : Bankruptcy No. 18-14306JKF
   Debtor(s)                              : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

*Jean K. FitzSimon*

Jean K. FitzSimon, B. J.

**Date: December 12, 2018**

Interested parties:

Polly A. Langdon, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

LURENT W METZLER ESQ
74 EAST SECOND STREET
MOORESTOWN NJ 08057-

KEVIN F   KANE
144 WARRIOR ROAD
DREXEL HILL,PA.19026